**United States District Court**
For the Northern District of California

\*E-FILED 11/8/05\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>   Plaintiff,<br>   v.<br><br>JEFFREY S. MCCLANAHAN, M.D.,<br><br>   Defendant. | NO. 5:05-cv-3969 RS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff The United States Life Insurance Company in the City of New York ("U.S. Life") requests a ninety (90) day stay to allow the parties to attempt to resolve this action through private mediation. The only matter currently scheduled in the case, however, is a case management conference set for February 1, 2006. Accordingly, rather than stay this action, the case management conference will be held on March 1, 2006 at 2:30 p.m. and the joint case management statement shall be filed on February 22, 2006.

Dated: 11/8/05

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN DELIVERED TO:**

Adrienne C. Publicover     publicovera@wemed.com, higbeec@wemed.com

Dennis J. Rhodes     rhodesd@wemed.com, lin@wemed.com

**Dated: 11/8/05**                                                                 **Chambers of Judge Richard Seeborg**

                                                                                                **By:**     /s/ BAK