ADRIENNE C. PUBLICOVER  (SBN 161432)
DENNIS J. RHODES  (SBN 168417)
WILSON, ELSER, MOSKOWITZ, EDELMAN& DICKER LLP
650 California Street, 14th Floor
San Francisco, CA  94108
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

*E-FILED 1/20/06*

Attorneys for Plaintiff
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY S. McCLANAHAN, M.D. and DOES 1-10,<br><br>        Defendants. | Civil No.    05-CV-03969-RS<br><br>REQUEST FOR DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER THEREON<br><br>[FRCP RULE 41(A)] |

REQUEST FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON

USDC NDCA Case #05-CV-03969-RS
192440.1

1 **IT IS HEREBY REQUESTED** by plaintiff, The United States Life Insurance Company in
2 the City of New York, that the above-entitled action be dismissed with prejudice pursuant to Rule
3 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys'
4 fees. The parties having resolved their dispute and defendant, Dr. Jeffrey S. McClannahan, not
5 having appeared in the action, dismissal under Rule 41(a) is proper.

7 Date:  January 19, 2006    WILSON, ELSER, MOSKOWITZ, EDELMAN
                                              & DICKER LLP

              By:    */s/*  Dennis J. Rhodes, Esq.
                     Adrienne C. Publicover, Esq.
                     Dennis J. Rhodes, Esq.
                     Attorneys for Defendant
                     THE UNITED STATES LIFE INSURANCE
                     COMPANY IN THE CITY OF NEW YORK

                              **ORDER**

**IT IS SO ORDERED**.

Dated: 1/20/06

                     _____
                     MAGISTRATE JUDGE RICHARD SEEBORG
                     UNITED STATES DISTRICT COURT

---

1
REQUEST FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON

USDC NDCA Case #05-CV-03969-RS
192440.1